UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TAMITA R. MORGAN,　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>CAROLYN W. COLVIN, Acting Commissioner　)<br>of Social Security,　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　　　　)| **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:15-CV-266-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 34]. Plaintiff's motion for judgment on the pleadings [D.E. 25] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 31] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on August 9, 2016, and Copies To:**

Charlotte Williams Hall　　　　　　　　　　　(via CM/ECF Notice of Electronic Filing)

Cassia W. Parson　　　　　　　　　　　　　(via CM/ECF Notice of Electronic Filing)

DATE:　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK

August 9, 2016　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　Deputy Clerk