IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:15-cv-00266-D

| | |
|---|---|
| TAMITA MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR |
| v. ) | PAYMENT OF ATTORNEY FEES |
| ) | UNDER THE EQUAL ACCESS |
| CAROLYN W. COLVIN, ) | TO JUSTICE ACT |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $4,900.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Such payment should be sent to:

> Charlotte W. Hall
> Charles T. Hall Law Firm, P.C.
> P.O. Box 10629
> Raleigh, NC 27605

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charles T. Hall Law Firm, P.C., and mailed to the office address above in accordance with Plaintiff's assignment to counsel of her right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

SO ORDERED. This 15 day of September 2016.

_____Dever_____
JAMES C. DEVER III
Chief United States District Judge