IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-cv-266-D

| TAMITA MORGAN, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NANCY BERRYHILL,<br>Acting Commissioner of Social<br>Security, | ) |
| Defendant. | ) |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $7,693.75 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $4,900.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $7,693.75 and that Plaintiff's counsel pay to Plaintiff the sum of $4,900.00 and upon the payment of such sums this case is dismissed with prejudice.

SO ORDERED. This __10__ day of February 2018.

JAMES C. DEVER III
Chief United States District Judge