UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TAMITA R. MORGAN,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:15-CV-266-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $7,693.75 and that Plaintiff's counsel pay to Plaintiff the sum of $4,900.00 and upon the payment of such sums this case is dismissed with prejudice.

**This Judgment Filed and Entered on February 12, 2018, and Copies To:**
Charlotte Williams Hall                                 (via CM/ECF electronic notification)
Cassia W. Parson                                         (via CM/ECF electronic notification)

DATE:                                                  PETER A. MOORE, JR., CLERK
February 12, 2018                              (By) /s/ Nicole Briggeman
                                                                Deputy Clerk